IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DONNIE D. WHITE,

         Plaintiff,

     vs.                              Case No. 12-cv-937-JPG-PMF

JOANNA K. HOSCH, SARAH JESSICA
ROBERTSON, GENEVA ELAINE
BONIFIELD and REBECCA ADAMS,

         Defendants.

**MEMORANDUM AND ORDER**

This matter comes before the Court on plaintiff's appeal (Doc. 48) of Magistrate Judge Philip M. Frazier's order (Doc. 46) instructing plaintiff he must obtain subpoenas from the Central District of Illinois.  Plaintiff's subpoenas seek the production of documents from the Illinois Department of Corrections in Springfield Illinois to be produced at the facility in which plaintiff is incarcerated in Pontiac, Illinois, located within the Central District of Illinois.

A district court reviewing a magistrate judge's decision on nondispositive issues should modify or set aside that decision if it is clearly erroneous or contrary to law.  *See* Fed. R. Civ. P. 72(a); 28 U.S.C. § 636(b)(1)(A).  Accordingly, the Court will affirm Magistrate Judge Frazier's decision unless his factual findings are clearly erroneous or his legal conclusions are contrary to law.  *Id.*

A subpoena for the production of documents must issue "from the court for the district where the production . . . is to be made."  Fed. R. Civ. P. 45(a)(2)(C).  Accordingly, Judge Frazier's order directing plaintiff to obtain a subpoena from the Central District of Illinois for

documents to be produced within that district was not contrary to law.  Thus, the Court **DENIES**

plaintiff's appeal (Doc. 48) of Judge Frazier's order

        **IT IS SO ORDERED.**

        **DATED:** March 25, 2013

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
